UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SEAN ALFORTISH** | * | **Case No.  2:06-cv-08464** |
| | * | |
| **Plaintiff,** | * | |
| | * | **Judge Martin L. C. Feldman** |
| **versus** | * | |
| | * | |
| **ENCOMPASS INSURANCE COMPANY** | * | **Magistrate Judge Daniel E. Knowles, III** |
| **AND STATE FARM FIRE AND** | * | |
| **CASUALTY INSURANCE COMPANY** | * | |
| | * | |
| **Defendants.** | * | |

_____

**ORDER**

CONSIDERING THE FOREGOING Rule 41(a) Stipulation of Dismissal with Prejudice;

IT IS ORDERED that all of Plaintiffs' claims against State Farm Fire and Casualty

Company, in its capacity as the WYO Program carrier, are hereby dismissed, **with prejudice**,

with each party to bear its own costs in the instant matter.

3/2/09

_____
THE HONORABLE MARTIN L. C. FELDMAN
UNITED STATES DISTRICT COURT JUDGE